UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 7 |
| --- | --- |
| STEPHEN J. GIATRELIS and NICOLETTA T. GIATRELIS, Debtors. | CASE NO. 10-18463-WCH |

OPPOSITION OF CHAPTER 7 TRUSTEE TO MOTION FOR VOLUNTARY DISMISSAL

Now comes Stephen E. Shamban and says as follows:

1. He is the Chapter 7 Trustee herein, duly qualified and acting in said capacity.

2. This Chapter 7 case was filed on August 4, 2010.

3. On August 10, 2010, the Debtors filed the pending Motion for Voluntary Dismissal of their Chapter 7 case.

4. The Motion provides no grounds for dismissal.

5. The Trustee conducted the Section 341a meeting on August 31, 2010.

6. At that meeting, the Debtors testified that they were seeking dismissal as they were hopeful they would be able to enter into a loan modification with the mortgagee on their residence at 106 Cape Dr., Mashpee, MA.

7. Based on the review of their Schedules, their testimony at the Section 341a meeting and documentary information provided by the Debtors, the Trustee states that there are at least two (2) assets of value which should be liquidated for the benefit of the Chapter 7 bankruptcy estate.

8. There is a Promissory Note in the original principal amount of $120,000.00 which, on information and belief, has been paid more or less on a timely fashion by the maker of the Note and there is the Debtors' ownership interest as tenants-in-common with John D. Giatrelis and Nancy R. Giatrelis of the real estate located at 933 Main St., Unit 1, Osterville, MA which appears to have substantial equity for the benefit of the Chapter 7 bankruptcy estate.

9. Accordingly, a dismissal of this Chapter 7 case is not in the best interest of the creditors in the Chapter 7 bankruptcy estate.

WHEREFORE, Stephen E. Shamban, Chapter 7 Trustee respectfully requests that this Honorable Court deny the Motion to Dismiss and grant such other and further relief as is meet and proper and as justice may require.

                                              STEPHEN E. SHAMBAN, CHAPTER 7 TRUSTEE,
                                              By its Attorneys,
                                              STEPHEN E. SHAMBAN LAW OFFICES, P.C.

                                              By:    /s/ Stephen E. Shamban
                                                      STEPHEN E. SHAMBAN (BBO 453300)
                                                      P.O. BOX 850973
                                                      222 FORBES ROAD
                                                      BRAINTREE, MA  02185-0973
                                                      (781) 849-1136
                                                      e-mail: sshamban@yahoo.com

dh.giatrelis.opp.dismiss.9310

CERTIFICATE OF SERVICE

      I, Stephen E. Shamban, do hereby certify that on September 3, 2010 I electronically filed with the Clerk of the Bankruptcy Court: OPPOSITION OF CHAPTER 7 TRUSTEE TO MOTION FOR VOLUNTARY DISMISSAL and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Jeffery Johnson    jeff@jefferyjohnsonesq.com, jenn@jefferyjohnsonesq.com
- Walter M. Lupan     wmlupan@gmllaw.com

By First Class Mail to:

Stephen & Nicoletta Giatrelis
106 Cape Dr.
Mashpee, MA  02649

                    /s/ Stephen E. Shamban
                    STEPHEN E. SHAMBAN

dh.giatrelis.opp.dismiss.9310