UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

| | |
|---|---|
| In re: ) | |
|    Stephen J. Giatrelis and ) | |
|    Nicoletta T. Giatrelis ) | Chapter 7 |
|    Debtors ) | Case No. 10-18463-WCH |
| ) | |
| ) | |

MOTION TO AMEND SCHEDULES A, B, C AND D

The Debtors in the above-entitled action, Stephen J. Giatrelis and Nicoletta T. Giatrelis, by their attorney, hereby 1.) move to amend Schedule A of the voluntary petition to more accurately reflect the values of the properties as well as to clarify the claimed interest in the Nicoletta's Way properties/easement rights. 2.) to amend Schedule B of the voluntary petition to more accurately reflect the values of the assets as of the day of filing. 3.) to amend Schedule C of the voluntary petition to mare accurately reflect the debtors' claim in the "wildcard" exemption under 11 U.S.C. § 522 (d)(5).  4. amend Schedule D of the voluntary petition to mare accurately reflect the amount of the secured claims.

WHEREFORE, the debtor prays that this Honorable Court grant the amendments to the debtors' schedules A - D.

                Respectfully submitted,
                Stephen J. Giatrelis and
                Nicoletta T. Giatrelis, Debtors
                By their attorney

                /s/Jeffery Johnson____
                Jeffery Johnson, Esquire
                1550 Falmouth Road, Suite 4C
                Centerville, MA 02632
                (508) 790-5776
                BBO#252510

Dated: February 2, 2011

CERTIFICATE OF SERVICE

    I, Jeffery Johnson, hereby certify that on the date set forth below the foregoing motion was served (a) by electronic transmission to the Clerk, US Bankruptcy Court via the Court's CM/ECF system, and simultaneously through such transmission to the parties also electronically noticed thereby, plus (b) where electronic transmission is inapplicable, service of the same was effected either via 1st class US mail, prepared by telefax, all as set forth herein below.

                                      /s/Jeffery Johnson, Esq.
                                      _____
                                      Jeffery Johnson
                                      BBO #252510

| | |
|---|---|
| John Fitzgerald | USTPRegion01.BO.ECF@USDOJ.GOV |
| Mark G. DeGiacomo, Chapter 7 Trustee | mdegiacomo@murthalaw.com |
| Walter M. Lupan, Esq. | wmlupan@gmllaw.com |
| Peter M. Daigle, Esq. | pmdaigleesq@yahoo.com |

By non electronic transmission

| | | |
|---|---|---|
| Stephen J. Giatrelis<br>Nicoletta T. Giatrelis<br>106 Cape Drive<br>Mashpee, MA 02649 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | Amex<br>c/o Beckett & Lee<br>Po Box 3001<br>Malvern, PA 19355 |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | Beacon Federal<br>6311 Court Street Rd # 1<br>East Syracuse, NY 13057 | Bank Of America<br>Attn: Bankruptcy NC4-105-0<br>Po Box 26012<br>Greensboro, NC 27410 |
| Barclays Bank Delaware<br>Attention:  Customer Support Department<br>Po Box 8833<br>Wilmington, DE 19899 | Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154 | Botello Lumber CO.<br>26 Bowdoin Rd.<br>Mashpee, MA 02649 |

| | | |
|---|---|---|
| Cape Cod Cooperative Bank<br>221 Willow Street<br>Yarmouth Port, MA 02675 | Citibank<br>Attention: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64915 | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Chase-mnhtn<br>1 Chase Sq<br>Rochester, NY 14643 | Citizens Bank<br>480 Jefferson Blvd<br>Rje 135<br>Warwick, RI 02886 | Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Coventry Credit Union<br>2006 Nooseneck Hill Road<br>Coventry, RI 02816 | Citizens Bank<br>P.O. Box 42010<br>Providence, RI 02940 |
| Coned Solutions<br>c/o RUI Credit Services<br>PO Box 1349<br>Melville, NY 11747-0422 | Gemb/banana Rep<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Exxmblciti<br>Attn.: Centralized Bankruptc<br>Po Box 20507<br>Kansas City, MO 64195 |
| GEMB / Old Navy<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | HSBC<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197 | Gemb/gap<br>Po Box 981400<br>El Paso, TX 79998 |
| Gembppbycr<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64887<br>Saint Paul, MN 55164-0887 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197 |
| HSBC Card Services<br>P.O. Box 17051<br>Baltimore, MD 21297 | Jeffrey & Dania H. Latimer, DDS<br>414 S. St.<br>Hyannis, MA 02601 | Internal Revenue Service<br>Special Procedures Section<br>JFK Federal Building<br>P.O. Box 9112<br>Boston, MA 02203 |
| J Timothy Nealon, Esquire<br>509 Falmouth Rd., #5<br>Mashpee, MA 02649 | Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>P.O. 9564<br>Boston, MA 02114-9564 | Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 |
| Mary Hash<br>C/O Anthony Alva, Esq.<br>P.O. Box 730<br>Barnstable, MA 02630 | Oyster Harbors Marine<br>122 Bridge St.<br>Osterville, MA 02655 | Midland Credit Management<br>Po Box 939019<br>San Diego, CA 92193 |

Nelnet Lns  
Attention: Claims  
Po Box 17460  
Denver, CO 80217  

Rbs Citizens Na  
1000 Lafayette Blvd  
Bridgeport, CT 06604  

Vzw Ne  
Attention:  Verizon Wireless Department  
Po Box 3397  
Bloomington, IL 61702  

Portfolio Rc  
Attn: Bankruptcy  
Po Box 41067  
Norfolk, VA 23541  

Scudder-taylor Oil  
55 Bodick Rd  
Hyannis, MA 02601  

Ri Student Loan Author  
560 Jefferson Blvd, Suite 200  
Warwick, RI 02886-1371  

Sandwich Pediatrics  
449 Route 130 Suite 1A  
Sandwich, MA 02563  

Toyota Financial Services  
PO Box 5855  
Carol Stream, IL 60197-5855  

Sears/cbsd  
133200 Smith Rd  
Cleveland, OH 44130  

TD Banknorth NA  
32 Chestnut St  
Lewiston, ME 04240  

Wfnnb/express  
Po Box 182124  
Columbus, OH 43218  

Travelers Indemnity Company  
C/O Brian K. Aylward  
Smith Levenson Cullen & Ayl  
PC  
5 Essex Green Dr.  

Verizon Nw E  
Attn: Bankruptcy  
3900 Washington St  
Wilmington, DE 19802  

Victoria's Secret  
Po Box 182124  
Columbus, OH 43218